UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Michael Moffett
Case No. 23-10061-BAH
Chapter 13
Debtor

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #310291
Issued on: 4/15/2024
Issued to: Michael Moffett
         113 Sam Plummer Road
         Milton, NH  03851
In the amount of $8,594.94

3. That the original, now cancelled check was sent to the debtor via his attorney, Sandra Kuhn at 141 Airport Road, Concord, NH  03301 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 311677 in the amount of $8,594.94, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: August 12, 2024

Lawrence P. Sumski,
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460

On this the 12th day of August, 2024 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens
Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on this, the 12th day of August, 2024, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Michael Moffett at 113 Sam Plummer Road, Milton, NH  03851, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated:  August 12, 2024            /s/ Lawrence P. Sumski
                                   Lawrence P. Sumski